# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2008

134900

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JEFFREY RICHARD MOORE,
        Defendant-Appellant.

SC: 134900
COA: 278546
Wayne CC: 06-005198-01

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____/

On order of the Court, the application for leave to appeal the August 21, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2008

Clerk

t1217